

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas St.*
*White Plains, New York 10601*

June 22, 2021

Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re:    <u>**United States v. Chinnery et al., 21-MAG-6209**</u>

Dear Judge Davison:

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York

So ordered 6/22/21

by:  /s/ T. Josiah Pertz
    T. Josiah Pertz
    Assistant United States Attorney
    (914) 993-1966